UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Carmi Ann Sibeto<br>　　　　　　　　　　Debtor(s) | |
| Toyota Lease Trust<br>　　　　　　　　　　Movant<br>　　v.<br>Carmi Ann Sibeto<br>　　　　　　　　　　Respondent<br>　　　　　　　and<br>Jeffrey J. Sikirica, Trustee<br>　　　　　　　　　　Additional Respondent | BK. NO. 18-20642 CMB<br><br>CHAPTER 7<br>Related to Docket #　15 |

# ENTERED BY DEFAULT

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 22nd day of May, 2018, at Pittsburgh, upon Motion of Toyota Lease Trust, it is

**ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease and otherwise dispose of the 2015 TOYOTA CAMRY, VIN:4T4BF1FK0FR486477, in a commercially reasonable manner.

*Carlota M. Böhm*
United States Bankruptcy Judge    **dms**

cc: See attached service list:

FILED
5/22/18 2:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carmi Ann Sibeto
1 Ann Street
Carnegie, PA 15106


Jeffrey J. Sikirica, Esq.
121 Northbrook Drive
Pine Township
Gibsonia, PA 15044


KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Carmi Ann Sibeto
    Debtor

Case No. 18-20642-CMB
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dsaw    Page 1 of 1    Date Rcvd: May 22, 2018
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2018.
db          +Carmi Ann Sibeto,    1 Ann Street,    Carnegie, PA 15106-1701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2018                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2018 at the address(es) listed below:
            Allison L. Carr     on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
             acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
            James Warmbrodt     on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
            Jeffrey J. Sikirica     trusteesikirica@zoominternet.net,    PA59@ecfcbis.com
            Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
                                                                                                                                      TOTAL: 4